UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRAYLON RAY COULTER, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:22-CV-1384-X-BT |
| CHIEF JUDGE LYNN et al., | § § § § | |
| *Defendants.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 31). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DENIES** Coulter's Rule 60(b) motion to reopen this case. (Doc. 29).

**IT IS SO ORDERED** this 23rd day of October, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE